IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES PIERCE,

          Plaintiffs,

    v.

CITIMORTGAGE, INC., et al.,

          Defendants.

NO. C12-4795 TEH

ORDER OF RECUSAL

    I hereby recuse myself from the above-entitled action and request that the case be reassigned pursuant to Paragraph E.2 of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: 10/22/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT