IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES PIERCE,

            Plaintiffs,

    v.

CITIMORTGAGE, INC., et al.,

            Defendants.

NO. C12-4795 TEH

ORDER OF RECUSAL

    I hereby recuse myself from the above-entitled action and request that the case be reassigned pursuant to Paragraph E.2 of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated:   10/22/12

                                /s/ Thelton E. Henderson

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT